UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>HERON THERAPEUTICS, INC.,<br><br>Nominal Defendant,<br><br>and<br><br>TANG CAPITAL PARTNERS, LP,<br><br>Defendant. | No.  19-cv-4117-ER |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff and his counsel hereby gives notice that Plaintiff voluntarily dismisses this case with prejudice.

Dated: New York, New York
May 9, 2019

*s/ Miriam Tauber*
Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Avenue 2A
New York NY 10075
323.790.4881
MiriamTauberLaw@gmail.com

David Lopez (DL-6779)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd., PO Box 323
Southampton NY 11968
631.287.5520
DavidLopezEsq@aol.com

*Attorneys for Plaintiff*